UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G. DANIEL WALKER,<br><br>Plaintiff,<br><br>v.<br><br>SECRETARY OF CORRECTIONS, et al.,<br><br>Defendant. | No. 2:21-cv-00364-TLN-AC<br><br><br><br>**ORDER** |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 2, 2023, the magistrate judge issued findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 7.) Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued March 2, 2023 (ECF No. 7), are ADOPTED IN FULL;

1

    2. This matter shall proceed on plaintiff's ADA and RA claims against the Warden at California Health Care Facility as set forth in Section 3A of the magistrate judge's screening order issued January 13, 2023 (ECF No. 6 at 4–6), and

    3. Defendants CDCR Secretary and CHCF correctional staff M. Cole, A. Chaudhrey, P. Ngur, S. Koubong, V. Singh, E. Takehara, M. Nelson, and J. Wheeler, as well as all claims asserted against them, are DISMISSED from this action for failure to state a claim.

DATE: May 10, 2023

_____
Troy L. Nunley
United States District Judge