IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **G. DANIEL WALKER,**<br><br>Plaintiff,<br><br>v.<br><br>**SECRETARY OF CORRECTIONS, et al.,**<br><br>Defendants. | No. 2:21-cv-0364 TLN AC P<br><br>~~**(PROPOSED)**~~ **ORDER** |

**GOOD CAUSE APPEARING,** Defendant's motion to opt out of Early ADR (ECF No. 15) is GRANTED.  The STAY of this action is LIFTED, and a responsive pleading is due from Defendant within thirty days of the issuance of this Order.

Dated: August 18, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

SA2021300888
37427842.docx

1

~~(PROPOSED)~~ ORDER  (2:21-cv-0364 TLN AC P)