UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G. DANIEL WALKER,<br><br>Plaintiff,<br><br>v.<br><br>SECRETARY OF CORRECTIONS, et al.,<br><br>Defendants. | No. 2:21-cv-00364 TLN AC P<br><br><br><br>ORDER |

Plaintiff has filed a motion to vacate the court's August 17, 2023 order which granted defendant's motion to opt out of the Alternative Dispute Resolution Program ("ADR"). ECF No. 18. For the reasons stated below, the motion will be denied.

Plaintiff disputes defense counsel's representation in the opt-out motion that plaintiff had refused to come out of his cell to meet and confer with defense counsel. See ECF No. 15 at 3 (declaration of defense counsel in support of opt out motion); ECF No. 18 at 1-2 (plaintiff's motion to vacate). Plaintiff contends that he was detained by prison officials while on his way to the videoconference. ECF No. 18 at 1. He argues that either defense counsel lied to the court or that prison officials lied to defense counsel, and that the basis for opting out was untrue in either case. He therefore seeks referral back to ADR. Id. at 1-2.

In granting the request to opt out, the court did not rely on the fact that plaintiff had refused to meet and confer with defense counsel. Counsel stated under penalty of perjury that he

1

reviewed plaintiff's central file, including the reasonable accommodation requests which are the subject of plaintiff's claims in this action, as well as the pleadings. ECF No. 15 at 3. Counsel further stated that based on plaintiff's claims and the defenses that can be made against them, he believed that a settlement conference would likely be a waste of resources. Id. These are more than adequate reasons for defendant to opt out.

Plaintiff has no right to participate in early ADR. The parties to any lawsuit are always free to explore settlement options privately, but no party is required to do so. Defendant's choice to opt out of ADR is his own. Defense counsel has provided sufficient reasons to opt out that are independent of the missed meet and confer appointment. ECF No. 15 at 3. The court does not second guess litigants' case strategies. For these reasons, the court's order granting defendant's motion to opt out of ADR will stand, and plaintiff's motion to vacate it will be denied.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to vacate the court's order issued August 21, 2023 (ECF No. 18) is DENIED.

DATED: September 12, 2023.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2